Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. 1:10-cv-01713 OWW SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MARIA E. MARTINEZ and MARCOS J. SOLIS, individually and d/b/a EL ROSAL #10 |
| vs. | |
| Maria E. Martinez, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants MARIA E. MARTINEZ and MARCOS J. SOLIS, individually and d/b/a EL ROSAL #10, that the above-entitled action is hereby dismissed **without prejudice** against MARIA E. MARTINEZ and MARCOS J. SOLIS, individually and d/b/a EL ROSAL #10 and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by January 1, 2012, the dismissal shall be deemed to be **with prejudice**.

///

STIPULATION OF DISMISSAL
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: October 28, 2010          *s/ Thomas P. Riley*
                                 **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                 By:  Thomas P. Riley
                                 Attorneys for Plaintiff
                                 J & J SPORTS PRODUCTIONS, INC.


Dated: October 28, 2010          *s/ Armando M. Flores*
                                 **LAW OFFICES OF ARMANDO M. FLORES**
                                 By:  Armando M. Flores
                                 Attorneys for Defendants
                                 MARIA E. MARTINEZ and MARCOS J. SOLIS,
                                 individually and d/b/a EL ROSAL #10


IT IS SO ORDERED.

   Dated:   **December 6, 2010**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL**
**PAGE 2**